# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 6196 | **DATE** | November 18, 2010 |
| **CASE TITLE** | Jeffrey W. Davis (#2009-0064659) v. Cleavon Coleman | | |

**DOCKET ENTRY TEXT:**

Plaintiff's First Amended Complaint [5] satisfies the screening requirements of 28 U.S.C. § 1915A. Defendant Officer Lafridge is terminated from this case pursuant Fed. R. Civ. P. 15(a). The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order, and file Plaintiff's First Amended Complaint [5].

■ [For further details see text below.]     Docketing to mail notices.

## STATEMENT

The plaintiff, an inmate in the custody of the Cook County Department of Corrections, has brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's original complaint alleged that: (1) defendant Harvey, Illinois police officer Lafridge arrested him unlawfully without a warrant and unlawfully put a gun to his neck; (2) defendants Cook County Corrections Officers Coleman and Kelly improperly assaulted him while at the Cook County Jail; and (3) another inmate a Cook County Jail shot him with a pistol provided by an unnamed correctional officer. [1] Pursuant to the screening requirement of 28 U.S.C. § 1915A and *George v. Smith*, 507 F.3d 605 (7th Cir. 2007), this Court dismissed plaintiff's original complaint holding that plaintiff impermissibly brought three unrelated claims in this case. [4] This Court granted plaintiff leave to file an amended complaint raising one of his claims and instructed that he should raise his other unrelated claims in separate lawsuits. *Id.* Plaintiff has filed an amended complaint in which he properly proceeds on his second claim against Defendants Officers Coleman and Kelly. Consequently, defendant Officer Lafridge is dismissed without prejudice pursuant to Fed. R. Civ. P. 15(a). Plaintiff may proceed in his claims (claims one and three of the original complaint) against Officer Lafridge and the unnamed Cook County Jail inmate in separate lawsuits if plaintiff so desires.

The United States Marshals Service is appointed to serve defendants. Any service forms necessary for Plaintiff to complete will be sent by the Marshal as appropriate to serve defendants with process. The U.S. Marshal is directed to make all reasonable efforts to serve defendants. With respect to any former jail employee

**(CONTINUED)**

| | CR |
|---|---|

# STATEMENT

**(CONTINUED)**

who can no longer be found at the work address provided by plaintiff, the Cook County Department of Corrections shall furnish the Marshal with defendant's last-known address. The information shall be used only for purposes of effectuating service [or for proof of service, should a dispute arise] and any documentation of the address shall be retained only by the Marshal. Address information shall not be maintained in the court file, nor disclosed by the Marshal. The Marshal is authorized to mail a request for waiver of service to defendants in the manner prescribed by Fed. R. Civ. P. 4(d)(2) before attempting personal service.

Plaintiff is instructed to file all future papers concerning this action with the Clerk of Court in care of the prisoner correspondent. In addition, plaintiff must send an exact copy of any filing to defendants or, if represented by counsel, to counsel for defendants. Plaintiff must include on the original filing a certificate of service stating to whom exact copies were mailed and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to Plaintiff.

In summary, plaintiff's First Amended Complaint [5] satisfies the screening requirements of 28 U.S.C. § 1915A. Defendant Officer Lafridge is terminated from this case pursuant Fed. R. Civ. P. 15(a). The Clerk shall issue summonses and attach a Magistrate Judge Consent Form to the summons for each defendant, send Plaintiff said Form and Instructions for Submitting Documents along with a copy of this order, and file Plaintiff's First Amended Complaint [5].